UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONNIE LEE HICKS, II,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHNSON, et al.,<br><br>　　　　　　　Defendant. | CASE NO. 2:22-cv-00421-RSM-BAT<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION IN PART** |

Plaintiff, proceeding *pro se* in this action under 42 U.S.C. § 1983, has moved for an extension of time to file his response to defendants' motion for summary judgment. Dkt. 20. Plaintiff seeks an extension of 45 days, stating he has been sick and needs more time to review the discovery provided by defendants. The Court finds that plaintiff has shown good cause for an extension and therefore **GRANTS** plaintiff's motion **IN PART**. Plaintiff shall have until **October 24, 2022** to file his response to defendants' motion. The Clerk is directed to renote the motion for summary judgment (Dkt. 18) for **October 28, 2022**.

　　DATED this 7th day of October, 2022.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
　　　　　　　　　　　　　　　　　　United States Magistrate Judge