UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RONNIE LEE HICKS, II,

         Plaintiff,

   v.

JOHNSON, et al.,

         Defendant.

CASE NO. 2:22-cv-00421-RSM-BAT

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION**

Plaintiff, proceeding *pro se* in this action under 42 U.S.C. § 1983, has moved for a second extension of time to file his response to defendants' motion for summary judgment. Dkt. 22. Plaintiff seeks an extension of 30 days, stating he has been working full time and attending numerous mandatory meetings as a condition of his supervised release. The Court finds that plaintiff has shown good cause for an extension and therefore **GRANTS** plaintiff's motion. Plaintiff shall have until **November 28, 2022** to file his response to defendants' motion. The Clerk is directed to renote the motion for summary judgment (Dkt. 18) for **December 2, 2022**.

DATED this 25th day of October, 2022.

                                                BRIAN A. TSUCHIDA
                                                United States Magistrate Judge